AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DAVID A. WOOD | ) | 19-MJ-5356-JGD |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Nov. 26, Dec. 3, and Dec. 10, 2019 in the county of Suffolk in the _____ District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribute and Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent William R. McDermott.

☑ Continued on the attached sheet.

_____
Complainant's signature

William R. McDermott, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/18/2019

_____
Judge's signature

City and state: Boston, MA

U.S. Magistrate Judge Judith G. Dein
Printed name and title